

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| HECTOR DOMINGUEZ, | § | No. 08-17-00118-CV |
| Appellant, | § | Appeal from the |
| v. | § | 210th District Court |
| MARVIN DOMINGUEZ, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2014-DCV0981) |
|  | § |  |

**O R D E R**

On May 25, 2017, this Court issued an order for mediation referral. The order required the parties to make any objection to referral within ten days of the order. On May 30, 2017 Appellee timely filed an objection. The Court finds Appellee's objection persuasive.

Therefore, the Court ORDERS this appeal to continue, the appellate timetable suspension is lifted and the Reporter's Record shall now be filed in this Court on or before June 30, 2017. Further, the Court has this day filed the Clerk's Record (1 volume) which was received on May 30, 2017 for the above styled and numbered cause.

IT IS SO ORDERED this 31st day of May, 2017.


PER CURIAM


Before McClure, C.J., Rodriguez and Palafox, JJ.